UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 14-CV-24408-SEITZ/TURNOFF

TAL HILSON,

    Plaintiff,

vs.

INKA FOODS II, INC. d/b/a INKA

    Defendant.
_____ /

## JOINT MOTION TO DISMISS CASE WITH PREJUDICE PURSUANT TO RULE 41 OF THE FEDERAL RULES OF CIVIL PROCEDURE

Plaintiff, TAL HILSON, and INKA FOODS II, INC. d/b/a INKA, by and through their respective counsel, hereby move this Honorable Court for an Order granting the dismissal with prejudice of this case with the Court retaining jurisdiction for enforcement purposes of the settlement agreement and in support thereof alleges as follows:

### FACTS

1. The parties have entered into a binding confidential Settlement Agreement which requires certain actions to be taken post-dismissal of the case.

2. There is no need for the case to be pending during this time period as it is the partiesø belief the parties will comply with same subsequent hereto.

3. Except as otherwise agreed in the settlement agreement, each party is to bear their own attorney's fees and costs.

1

## **MEMORANDUM OF LAW**

Rule 41 of the Federal Rules of Civil Procedure allows for the Court to dismiss the case and retain jurisdiction for enforcement purposes. <u>In re Anago Franchising v. Shaz, LLC</u>, 677 Fed. 3rd 1272.

WHEREFORE, the parties hereto request this Court enter the attached Order allowing for the dismissal of the case with prejudice and the Court retaining jurisdiction of same.

DATED this 25 day of March, 2015.

                                              Respectfully submitted,

| | |
|---|---|
| MARK D. COHEN, P.A. | JURADO & FARSHCHIAN, P.L. |
| *Counsel for Plaintiff* | 12955 Biscayne Boulevard |
| 4000 Hollywood Blvd., Suite 435 S. | North Miami, Florida 33181 |
| Hollywood, FL 33021 | Telephone: (305) 921-0440 |
| Telephone: (954) 962-1166 | Facsimile: (305) 921-0438 |
| Facsimile: (954) 962-1166 | */s/ Diana L. Collazos* |
| */s/ Mark D. Cohen* | Diana L. Collazos, Esquire |
| Mark D. Cohen, Esquire | Fla Bar No.: 96308 |
| Fla. Bar No: 34735 | |