UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 14-CV-24408-SEITZ/TURNOFF

TAL HILSON,

    Plaintiff,

vs.

INKA FOODS II, INC. d/b/a INKA

    Defendant.
_____/

## ORDER GRANTING JOINT MOTION TO DISMISS CASE WITH PREJUDICE PURSUANT TO RULE 41 OF THE FEDERAL RULES OF CIVIL PROCEDURE

THIS CAUSE came before the Court on the parties' Joint Motion to Dismiss with Prejudice Pursuant to Rule 41 of the Federal Rules of Civil Procedure [DE-25]. Upon consideration, it is

**ORDERED** that:

1. The Joint Motion to Dismiss with Prejudice [DE-25] is hereby GRANTED. This matter is DISMISSED with prejudice.

2. All pending motions not otherwise ruled upon are DENIED as moot.

3. The Court retains jurisdiction to enforce the terms of the parties' settlement agreement.

4. This case is CLOSED.

**DONE AND ORDERED** in Miami, Florida this 26 day of March, 2015.

                                PATRICIA A. SEITZ
                                UNITED STATES DISTRICT JUDGE

Copies furnished to: Counsel of Record